|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAYTON SULLIVAN,

        Plaintiff,                   No. CIV S-09-0509 GGH P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2009, plaintiff filed his consent to the jurisdiction of the undersigned.

        Pending before the court is the amended complaint filed March 12, 2009. The amended complaint states a cognizable claim for relief as to defendants Marsh and Lin pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Also named as a defendant is the Solano County Jail. The amended complaint includes no specific allegations against this defendant. However, plaintiff states that he is seeking money damages against defendant Solano County Jail for allowing the other defendants to have made their "judgments."

1

1         "A municipality may be held liable under § 1983 only where an action pursuant to official municipal policy of some nature causes a constitutional tort." Monell v. Dept. of Soc. Servs., 436 U.S. 658, 659, 98 S.Ct. 2018 (1978). Plaintiff's claim that defendant Solano County Jail allowed defendants to make their "judgments" does not state a Monell claim for municipal liability. Plaintiff does not allege that defendant Solano County Jail enacted a policy that resulted in the alleged deprivations. Accordingly, the court orders this defendant dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Marsh, Lin.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 12, 2009.

        3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Three copies of the endorsed amended complaint filed March 12, 2009.

        4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

        5. Defendant Solano County Jail is dismissed.

DATED: March 19, 2009

        /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sull509.1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | CLAYTON SULLIVAN, | |
| 11 | Plaintiff, | No. CIV S-09-0509 GGH P |
| 12 | vs. | |
| 13 | SOLANO COUNTY JAIL, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                            Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff