1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Attorneys for defendant LT. MARSH

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **IN THE EASTERN DISTRICT OF CALIFORNIA**
9

10 CLAYTON SULLIVAN,                    )  CASE NO: 2:09-CV- 00509 GGH P
                                        )
11              Plaintiff,              )  **STIPULATION AND ORDER TO DISMISS**
                                        )  **DEFENDANT LT. MARSH**
12 v.                                   )
                                        )
13 SOLANO COUNTY JAIL, LT.              )
   MARSH, DR. B. LIN,                   )
14                                      )
                                        )
15              Defendants              )
   _____ )
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
   _____
   *Sullivan v. Solano, et al [2:09 CV 509 GGHP]/Stipulation and Dismissal of Defendant Marsh*        Page 1

1    The parties herein stipulate to the dismissal of defendant MARSH with prejudice,

2    each side to bear its own costs and attorneys fees.

3    Dated: 8/3/09                    WILLIAMS & ASSOCIATES

4

5                                     By: *Kathleen J. Williams*
                                     KATHLEEN J. WILLIAMS, CSB 127021
6                                     Attorneys for defendant LT. MARSH

7    Dated: 7/30/09                   TRIMBLE, SHERINIAN & VARANINI

8

9                                     By: */s/ "Jerome Varanini"* (original signature retained by counsel)
                                     JEROME VARANINI, CSB#58531
10                                    Attorneys for defendant B. LIN

11

12   Dated: 7/27/09        By:*/s/ "Clayton Sullivan"* (original signature retained by counsel)
                                     CLAYTON SULLIVAN, Pro Se
13

14   **IT IS SO ORDERED.**

15   Dated: August 31, 2009
                                     /s/ Gregory G. Hollows
16                          _____
                                     The Honorable Gregory G. Hollows,
17                                    Magistrate, USDC, Eastern District
                                     of California
18
     sull0509.ord
19

20

21

22

23

24

25

26

27

28