IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAYTON SULLIVAN,

    Plaintiff,                             No. CIV S-09-0509 GGH P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.                      ORDER

_____/

        On December 16, 2009, defendant Lin filed a summary judgment motion. On December 23, 2009, plaintiff filed a letter with the court stating that he will be released on parole on February 5, 2010. Plaintiff states that he will attempt to obtain a dental expert upon his release and requests an extension of time to file his opposition to defendants' motion until that time.

        The court cannot indefinitely delay this action until such time plaintiff obtains the opinion of an expert. However, a short delay would not be unreasonable.

        On December 10, 2009, plaintiff filed a one page pleading titled "Motion for Summary Judgment." In this document, plaintiff requests summary judgment on grounds that defendant and his counsel have failed to maintain adequate contact with plaintiff. Plaintiff's summary judgment motion is legally deficient. See Fed. R. Civ. P. 56.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (no. 29) is denied;

2. Plaintiff's motion for an extension of time (no. 31) is granted; plaintiff's opposition to defendant's summary judgment motion is due within sixty days of the date of this order. No further extension will be granted.

DATED: January 5, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sull509.ord