```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271
```

Attorney for Defendant
Dr. Brian Lin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SULLIVAN, | CASE NO. 2:09-CV-00509 GGH P |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| SOLANO COUNTY JAIL, LT. MARSH, AND DR. B. LIN, | |
| Defendants. | |

Pursuant to the stipulation executed by all parties, this matter is hereby dismissed. Defendant's motion for summary judgement filed on December 16, 2009 is dropped as moot.

Dated: April 28, 2010

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

sull0509.dsm